IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL -5 PM 2: 06

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

                                    No.   05-20110-B/P
                                                 05-20111-B/V
                                                 05-20112-B/P

RAFAT JAMAL MAWLAWI,                       05-20113-B/An

      Defendant.                              05-20130-B/V

---

### ORDER OF REFERENCE

---

       Before the court are motions of the Defendant, Rafat Jamal Mawlawi, for Consideration

of Bond Due to Medical Conditions filed in the above five cases presently pending before the

court.  Because only one hearing needs to be conducted in regard to all of Defendant's motions,

these motions are referred to the Magistrate Judge Tu Pham for determination.  Any objections

to the magistrate judge's order shall be made within ten (10) days after service of the order,

setting forth particularly those portions of the order objected to and the reasons for the

objections.

      **IT IS SO ORDERED** this 5 day of July, 2005.

                             J. DANIEL BREEN
                            UNITED STATES DISTRICT JUDGE

37

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:05-CR-20112 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT